Case 4:17-cv-00802-A   Document 4   Filed 10/10/17   Page 1 of 2   PageID 36

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

OCT 1 0 2017

CLERK, U.S. DISTRICT COURT
By_____
         Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CHRISTOPHER ROBERT WEAST, | § | |
| | § | |
| Movant, | § | |
| | § | |
| VS. | § | NO. 4:17-CV-802-A |
| | § | (NO. 4:14-CR-023-A) |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Respondent. | § | |

ORDER

The court has received and reviewed the motion of Christopher Robert Weast ("Weast") under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence and finds that the following order should be entered:

The court ORDERS that:

(1) The Clerk shall provide a true and correct copy of this order to movant;

(2) The Clerk shall provide a true and correct copy of Weast's motion and of this order to respondent, directed to the attention of the Criminal Section Habeas Attorney, United States Attorney's Office, Fort Worth Division;

(3) By November 9, 2017, the United States Attorney shall file and serve an answer complying with the provisions of Rule 5(b) of the Rules Governing § 2255 Cases; and

(4)  By November 20, 2017, movant shall file and serve any reply he wishes to make to such answer.

SIGNED October 10, 2017.

_____
JOHN MCBRYDE
United States District Judge