**ORIGINAL**

Private Intervener concerning private unalienable rights

4:17cv802-A

I am writing to inform you that I am a private citizen of the United States, [as defined under the 14th Amendment] by nature, who enjoys private unalienable rights to life, liberty, and the pursuit of happiness by nature. I am sending you this letter to put you on notice that irreparable damage is being done to my core private unalienable rights. My private right to life, liberty and the pursuit of happiness are my private property and as such, are rights which are not cognizable within a Court of law. As the beneficial owner, I possess special equitable rights which are cognizable only within a Court of inherent equity, sitting in chancery. What are known as legal or public rights, are cognizable only within the courts of law, while what are known as private or equitable rights are cognizable only within a court of inherent special equity.

There are certain great underlying principles, often called Maxims, which are the fruitful sources of a vast number of particular rules concerning both rights and remedies. These principles are a component of equity jurisprudence. Maxims are proof, and need no proving. Maxims have their foundation in universal law; they are embodied in the common law, and are an essential part of its warp and woof. So fundamental are these maxims that he who disputes their authority is regarded as beyond the reach of reason.

One such maxim is, "equity regards the beneficiary as the real owner." This is due to the fact that in a Court of law in the case of an express trust, the beneficiary is not recognized, and has no rights the trustee is bound to respect. On the face of the deed the legal title is in the trustee, and Courts of law will look no further, and will hear no proof in behalf of the beneficiary. Indeed, if the beneficiary is in possession the trustee can eject him by suit in a Court of law. In short, in the eye of the law the beneficiary is not known.

In equity, where the intent of the grantor and not the form of the grant prevails, the beneficiary is regarded as the real owner; and the trustee is considered as a mere manager of the trust property for the benefit of the beneficiary, and liable to the beneficiary for any and every breach of the trust. If the trustee fail to do his duty, the chancery court will remove him, on proper application.

I am writing to inform you that I am the private beneficiary of the trust/estate and that as such, my rights are not cognizable in a court of law. As the beneficiary of a private trust already established, my unalienable rights are being damaged by the proceedings in this court because, by nature, my unalienable rights are only cognizable in a court of inherent equity, and this is a court of law which lacks the ability to see my rights.

I do not know who the trustee is but I do know that there is a maxim of law that states; "No trust shall fail for want of a trustee."

Furthermore, the equitable maxim which states, "equity enforces what good reason and good conscience require," applies in this case because whenever anyone is about to do, or has done, any act which in good reason and good conscience he ought not to have done, or is about to fail or has failed to any act which in good reason and good conscience he ought to do, have done, whereby another person is about to be or has been injured in his estate or rights, such person has the right to invoke the aid of the courts to prevent the injury threatened, or obtain compensation for the wrong done; and if courts of law are inadequate to afford a sufficient remedy the courts of equity have inherent power to take full jurisdiction and administer complete relief.

The union of equity and law is forbidden in a district court of the United States and therefore, the rules and principles of equity should apply when the relief sought is exclusively an equitable remedy.

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT 16 2017   12:23 pm
CLERK, U.S. DISTRICT COURT
By_____ Deputy

Chris Weast
Christopher Robert Weast
P.O. Box 5000
Bruceton Mills, WV 26525

christopher r. weast
47797177
c/o temporary post location
federal correctional institution
p.o. box 5000
bruceton mills, west virginia 26525

2017 OCT 16 PM 12: 23
CLERK OF COURT

7017 1000 0000 5049 4969

CERTIFIED MAIL

clerk of court
court of the United States
501 W. 10th Street
Fort Worth, Texas 76102

Special Mail