ORIGINAL

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2017 NOV -2  PM 3: 17

CLERK OF COURT

CHRISTOPHER ROBERT WEAST,
    Movant,

v.

UNITED STATES OF AMERICA,
    Respondent.

No.    4:17-CV-802-A
          (4:14-CR-023-A)

## NOTICE OF SUBSTITUTION OF COUNSEL

The government advises the Court and all parties that this case has been

reassigned to Assistant United States Attorney Timothy W. Funnell, who should be

reflected as counsel of record for the United States of America.

Respectfully submitted,

John R. Parker
United States Attorney

TIMOTHY W. FUNNELL
Assistant United States Attorney
Wisconsin State Bar No. 1022716
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102-6897
Phone: (817) 252-5252
Tim.Funnell@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I certify that on November 2, 2017, I electronically filed this notice with the clerk

of court for the U.S. District Court, Northern District of Texas.   A copy was sent to

Christopher Robert Weast, Register No. 47797-177, FCI Hazelton, P.O. Box 5000,

Bruceton Mills, WV 26525, by United States mail.

TIMOTHY W. FUNNELL
Assistant United States Attorney

2