IN THE UNITED STATES DISTRICT COURT
FOR THE FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

CHRISTOPHER WEAST,
Petitioner,

Case No.: 4:17-CV-802-A
(4:14-CR-023-A)

v.

UNITED STATES OF AMERICA,
Respondent.

MOTION REQUESTING ADDITIONAL TIME TO FILE RESPONSE TO GOVERNMENT'S
RESPONSE TO MOTION UNDER 28 U.S.C. § 2255

COMES NOW, Christopher Weast, Petitioner, in Pro-Se Capacity, with this Motion Requesting Additional Time to file his response to the Government's response to the motion under 28 U.S.C. § 2255.

The Government's response was filed on November 7th, 2017; and covers a a number of important considerations. In order to provide a reply with the needed attention to detail, petitioner requests an additional 30 days from the date of this request to accomplish this task.

Petitioner recently suffered an attack at FCI Hazelton, and spent almost 2 weeks in protective custody without access to his legal work. The reasons listed support granting this motion for additional time in the interests of justice.

WHEREFORE, Petitioner Weast respectfully requests that this honorable court grant this motion and allow the Petitioner to file his response on or before December 17th, 2017; or any other relief to which he may be entitled.

Date: 11/17/2017

Christopher Weast

*Chris Weast*
Christopher Robert Weast
Federal Correctional Institution
P.O. Box 5000
Bruceton Mills, West Virginia 26525

I, Christopher Weast, hereby certify under the laws of the United States that I placed this motion in the Special Mail bag via the Unit Lt Officer on November 20, 2017, via Certified Mail number 7014 2120 0003 7447 1641. I, hereby invoke the prison mailbox rule.

Motion Requesting Additional Time To File Response To Government's Response

Executed:
November 20, 2017        By: *Chris Weast*

Christopher Robert West
47797177
Federal Correctional Institution
P.O. Box 5000
Bruceton Mills, WV 26525

7014 2120 0000 2442 1491

Clerk of Court
Court of the United States
501 West Tenth St., Rm 301
Fort Worth, Texas 76102

Special Mail



Special Mail



Special Mail