court of the united states

Christopher Robert Weast )
    Plaintiff )
)
v. )    Case No. 4:17-CV-802-A
)
united states of America )
    Defendant )

Petitioner's Motion to Extend
Time to File Response

    Comes now, Christopher Robert Weast, petitioner in the above styled case and respectfully asks this Honorable judge to grant Petitioner's Motion to Extend Time to File Response based on the following facts:

    1) Petitioner has had very little time to prepare his motion to vacate during his 1-year time limit in which to prepare His petition due to the fact that Petitioner was forced to spend Six months in the Special Housing Unit located in Three Rivers, Texas at Three Rivers FCI from approximately August of 2016 until March of 2017 when Petitioner was finally transferred to Hazelton FCI.

    2) Petitioner was unable to work on His petitioner while housed in the SHU in Three Rivers FCI due to the fact that the officers who worked the SHU, would not allow inmates to use the Law Library more than once or twice in a month.

    3) Petitioner was unable to do much needed research of the issues involved in His case due to the fact that access to the law library was restricted to one or two hours per month because officers did not allow more than an hour of time per visit to the law library.

    4) Once Petitioner arrived at Hazelton, FCI, He started working on His motion to vacate daily.

    5) Since arriving at Hazelton, FCI, Hazelton has been on re-

peated lockdowns which have prevented Petitioner from accessing the law library.

6) On October 17, 2017, Petitioner was attacked and assaulted by four members of the gang known as MS-13, who the officers at Hazelton FCI know to be a rival gang of the gang known as the Pisais and yet, the officers here continue to let said rival gang on the compound wherein they are told they have to go or else. After being told they must go, they always attack a known member of the identifiable group (i.e. sex offenders). This is what led to the attack on Petitioner on October 17, 2017.

7) On October 17, 2017, after the attack and assault on Petitioner, Petitioner was taken to the SHU. Petitioner gave notice to the officers and lieutenants that his bag of legal property, including his legal work, was still in the library, where the attack had taken place. The officers nor the lieutenants retrieved my bag with all of my legal work within it and subsequently, Petitioner's bag was stolen. Inside Petitioner's bag was all of the research that Petitioner had completed thus far on His motion to vacate.

8) Petitioner has been attempting to complete His response to the Government's answer but again, Hazelton FCI has had us locked down due to fights, smoking incidents, an inmate being high, etc. and Petitioner has had limited time and resources to work on said response.

Wherefore, all premises considered, Petitioner prays that the honorable judge grant Petitioner's motion to extend time to file response another (30) thirty days until January 17, 2018 in the interest of justice and fairness, thereby allowing Petitioner time to respond.

9) Petitioner hereby invokes the mailbox rule wherein this motion is considered filed as soon as it has been placed within the prison mailbox here at Hazelton FCI. This motion was placed

in the prison mailbox here at Hazelton FCI on December 11, 2017.

I hereby declare under penalty of perjury that the foregoing motion and affidavit of fact are true and correct and that I have first-knowledge of the facts contained above.

Executed on December 09, 2017    By: _____
                                            Christopher Robert Weast,

                                            Federal Correctional Institution
                                            P.O. Box 5000
                                            Bruceton Mills, West Virginia 26525

private citizen
Federal Correctional Institution
P.O. Box 5000
Bruceton Mills, West Virginia 26525

in re: Account No. 4:14-CR-00023-A

chief judge
court of the united states
501 West Tenth Street
Fort Worth, Texas 76102

bond

There appearing no bond of record to initiate the matter regarding account no. 4:14-CR-00023-A and associated account(s), I undertake as follows: In consideration thereof that no lawful money of account exists in circulation, and in consideration thereof that I have suffered dishonor regarding the matter of this case and associated accounts, I underwrite with my private exemption 636031074 for any and all obligations of performance/loss/costs sustained by the united states of America, thereof regarding said matter, hereby releasing the defendant, Christopher Robert Weast from all obligations and duties of performance/loss/costs concerning said matter, in full.

Done upon Preston County, West Virginia state, this 11th Day of December, 2017.

Executed on December 11, 2017        _____
                                           private citizen

I, a living soul manifest, now bear witness with my own eyes and attest through my own hand this bond and free will writing by the private citizen on this 11th Day of December in the Year 2017.

Christopher Robert West
4797177
Federal Correctional Institution
P.O. Box 5000
Bruceton Mills, West Virginia 26525

Special
Mail

John McBryde,
chief judge
Court of the United States
501 West Tenth Street, 401
Fort Worth, Texas 76102

Special
Mail

Special Mail

Special Mail