U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

DEC 18 2017

CLERK, U.S. DISTRICT COURT
By_____
         Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CHRISTOPHER ROBERT WEAST, | § | |
| Movant, | § | |
| VS. | § | NO. 4:17-CV-802-A |
| | § | (NO. 4:14-CR-023-A) |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |

ORDER

Came on for consideration the motion of movant, Christopher Robert Weast, to extend time to file his reply to the government's response to his motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255. This is the second such motion movant has filed. The court finds that the motion should be granted, but cautions movant that any further request will not be considered favorably.

The court ORDERS that movant's motion be, and is hereby, granted, and that movant be, and is hereby, granted an extension of time until January 17, 2018, in which to file his reply.

SIGNED December 18, 2017.

_____
JOHN McBRYDE
United States District Judge