in the court of the united states

FILED

JAN - 8 2018

CLERK, U.S. DISTRICT COURT

Deputy

christopher robert weast,
    petitioner,

v.

united states of america,
    respondent.

case no. 4:17-cv-802-a

motion for leave to file amended
writ of habeas corpus in the nature of a
motion to vacate, set aside, or correct a sentence

comes now, christopher robert weast, upon motion for leave to file
an amended writ of habeas corpus in the nature of a motion to vacate, set
aside, or correct a sentence for the following reasons:

petitioner comes upon motion to request that he be allowed to file an
amended writ of habeas corpus in the nature of a motion to vacate, set
aside, or correct a sentence due to the fact that as many as four different
constitutional violations have come to light in the last week which, if
not included in petitioner's writ of habeas corpus in the nature of a
motion to vacate, set aside, or correct a sentence, would waive all such
issues. petitioner does not wish to nor intend to waive any constitutional
issues which have occured during the course of this case, and therefore
respectfully comes upon motion for leave to file an amended writ of habeas
corpus.

allowing petitioner to amend his writ of habeas corpus in the nature of a
a motion to vacate, set aside, or correct a sentence will not prejudice
the government in any way and would serve the interests of justice by
allowing petitioner to prevent waiving constitutional issues which would
otherwise be lost if they are not brought up during the writ of habeas

corpus.

petitioner is requesting that the government be allowed ample time to respond to his amended writ of habeas corpus in the interest of justice and equality as well as fairness in the proceedings.

wherefore, all premises considered, petitioner prays that this court grant his motion for leave to file an amended writ of habeas corpus in the nature of a motion to vacate, set aside, or correct a sentence so that petitioner has the avenue needed to present his constitutional issues which he does not intend to waive.

Respectfully submitted,

By: _____
christopher robert: weast
c/o temporary post location
federal correctional institution
1640 sky view drive
bruceton mills, west virginia.

christopher robert: weast
47797177
c/o temporary post location
federal correctional institution
p.o. box 5000, 1640 sky view drive
bruceton mills, west virginia 26525

*Special Mail*

02 JAN 2018

2018 JAN -8 PM 1: 3

CLERK OF COURT

7016 3010 0000 6479 9926

chief judge
court of the united states
501 west tenth street, room 401
fort worth, texas 76102

*Special Mail*

Special
Mail

Special
Mail