Case 4:17-cv-00802-A Document 13 Filed 01/09/18 Page 1 of 2 PageID 82

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JAN -9 2018

CLERK, U.S. DISTRICT COURT
By_____
     Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| CHRISTOPHER ROBERT WEAST, | § |
| Movant, | § |
| VS. | § NO. 4:17-CV-802-A |
| | § (NO. 4:14-CR-023-A) |
| UNITED STATES OF AMERICA, | § |
| Respondent. | § |

ORDER

Came on for consideration the motion of Christopher Robert Weast for leave to file amended motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence. The court finds that the motion should be denied. Movant had ample time in which to prepare and file his motion under § 2255. The court notes that he waited until the last possible moment to do so. Movant does not identify any additional grounds he wishes to assert. At this point, the court has already twice extended the time for filing movant's reply to the government's response to his motion. It appears that he is simply trying to further delay resolution of his motion.

The court ORDERS that movant's motion for leave to file

amended motion be, and is hereby, denied.

    SIGNED January 9, 2018.

_____
JOHN MCBRYDE
United States District Judge

2