Case 4:17-cv-00802-A Document 17 Filed 01/23/18 Page 1 of 1 PageID 129

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JAN 23 2018

CLERK, U.S. DISTRICT COURT
By_____
         Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CHRISTOPHER ROBERT WEAST, | § § | |
| Movant, | § § | |
| VS. | § § | NO. 4:17-CV-802-A (NO. 4:14-CR-023-A) |
| UNITED STATES OF AMERICA, | § § | |
| Respondent. | § | |

## FINAL JUDGMENT

In accordance with the memorandum opinion and order of even date herewith,

The court ORDERS, ADJUDGES, and DECREES that all relief sought by Christopher Robert Weast in the motion he filed under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence by a person in federal custody be, and is hereby, denied.

SIGNED January 23, 2018.

_____
JOHN McBRYDE
United States District Judge