IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAR 13 2018

CLERK, U.S. DISTRICT COURT
By_____
          Deputy

| | |
|---|---|
| CHRISTOPHER ROBERT WEAST, § | |
| § | |
| Movant, § | |
| § | |
| VS. § | NO. 4:17-CV-802-A |
| § | (NO. 4:14-CR-023-A) |
| UNITED STATES OF AMERICA, § | |
| § | |
| Respondent. § | |

ORDER

Came on to be considered the Motion for Reconsideration, filed by movant, Christopher Robert Weast. The motion does not bear the signature of filer, in violation of the standing order issued in this action on October 6, 2017.

Therefore,

The court ORDERS that the above-referenced document be, and is hereby, unfiled and stricken from the record.

SIGNED March 13, 2018.

_____
JOHN McBRYDE
United States District Judge

in the court of the United States

Christopher Robert Weast,
	Petitioner,

v.

United States of America,
	Respondent.

Case No. 4:17-cv-802-a



Motion for Reconsideration

COMES NOW, Petitioner Christopher Robert Weast, in pro-se capacity, with this motion for reconsideration of the decision of this Court on January 23, 2018; by the Chief Judge.

On or about February 6th, 2014; Petitoner was indicted for one count of 18 U.S.C. § 2252(a)(4)(B); Possession of Child Pornography.

On or about July 29, 2014; Petitioner was convicted by a jury of 18 U.S.C. § 2252(a)(5)(B); and § 2252(b)(2); Possession of Child Pornography and Criminal Forefeiture.

On or about November 14, 2014; Petitioner was sentenced to 360 months followed by 5 years of supervised release.

On or about January 26, 2016; the United States Court of Appeals affirmed the conviction and sentence.

On or about October 6, 2016; certiorari was denied by the United States Supreme Court.