


Christopher Robert: Weast
c/o temporary post location
Federal Correctional Location
P.O. Box 5000
Bruceton Mills, West Virginia [26525]

in re: Signature Page for Motion for Reconsideration

Karen Mitchell,
Clerk of Court
court of the United States
501 West Tenth Street, Room 301
Fort Worth, Texas [76102]

4:17 CV 802-A

Clerk of Court,

    I am writing in regards to my Motion for Reconsideration which was sent to the court on or about March 5, 2018 to March 8, 2018 to insure that I included a signature page as required by Fed. R. Civ. P. Rule 11. Attached to this cover page is a signature page which is to be added to the original filing of the Motion for Reconsideration. Thank you for your timely assistance in this matter.

March 15, 2018      By: _____
                                         Christopher Robert: Weast
                                         c/o temporary post location
                                         Federal Correctional Institution
                                         P.O. Box 5000
                                         Bruceton Mills, West Virginia [26525]

Motion for Consideration Signature Page

By: /s/ [signature]
Christopher Robert: Weast, Agent
c/o temporary post location
Federal Correctional Institution
P.O. Box 5000
Bruceton Mills, West Virginia [26525]

Christopher Robert: Weast
c/o temporary post location
Federal Correctional Institution
P.O. Box 5000
Bruceton Mills, West Virginia 26525

PITTSBURGH PA 150

16 MAR 2018 PM 5 L



Karen Mitchell,
Clerk of Court
Court of the United States
501 West Tenth Street
Fort Worth, Texas 76102

76102-363793