U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAR 21 2018

CLERK, U.S. DISTRICT COURT
By_____
         Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CHRISTOPHER ROBERT WEAST, | § | |
| | § | |
| Movant, | § | |
| | § | |
| VS. | § | NO. 4:17-CV-802-A |
| | § | (NO. 4:14-CR-023-A) |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Respondent. | § | |

## ORDER

Attached to this order as an exhibit are items the court received on March 19, 2018 from movant, Christopher Robert Weast. One of the items is a signature page movant apparently wishes to have attached to the motion for reconsideration that was filed by movant on March 12, 2018. For movant's information, his motion for reconsideration was unfiled and stricken from the record on March 13, 2018, for failure to comply with the filing requirements applicable to filings in this court. Because the motion has already be stricken from the record, the court is not in a position to now attach the signature page tendered by movant to such motion. Even if the court was in a position to attach the signature page to movant's motion, the motion would still be subject to being stricken due to the fact that movant's signature page bears a indiscernible mark on the signature line, rather

than the original signature of the filer.¹  Therefore, the court has determined that it will take no action regarding the signature page submitted to the court by movant.

THE COURT SO ORDERS.

SIGNED March 21, 2018.

_____
JOHN McBRYDE
United States District Judge

---

¹A review of the papers on file in this action demonstrate that movant has the ability to sign his name.



Christopher Robert: Weast
c/o temporary post location
Federal Correctional Location
P.O. Box 5000
Bruceton Mills, West Virginia [26525]



RECEIVED
MAR 19 2018
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

in re: Signature Page for Motion for Reconsideration

Karen Mitchell,
Clerk of Court
court of the United States
501 West Tenth Street, Room 301
Fort Worth, Texas [76102]

4:17 CV 802-A

Clerk of Court,

I am writing in regards to my Motion for Reconsideration which was sent to the court on or about March 5, 2018 to March 8, 2018 to insure that I included a signature page as required by Fed. R. Civ. P. Rule 11. Attached to this cover page is a signature page which is to be added to the original filing of the Motion for Reconsideration. Thank you for your timely assistance in this matter.

March 15, 2018         By: _____
                       Christopher Robert: Weast
                       c/o temporary post location
                       Federal Correctional Institution
                       P.O. Box 5000
                       Bruceton Mills, West Virginia [26525]

Exhibit to Order dated
March 21, 2018, in
Case No. 4:17-CV-802-A
Page 1 of 2

Motion for Consideration Signature Page

By: /s/ [signature]
Christopher Robert: Weast, Agent
c/o temporary post location
Federal Correctional Institution
P.O. Box 5000
Bruceton Mills, West Virginia [26525]

Exhibit to Order dated
March 21, 2018, in
Case No. 4:17-CV-802-A
Page 2 of 2