Case 4:17-cv-00802-A Document 23 Filed 04/06/18 Page 1 of 2 PageID 176

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

APR - 6 2018

CLERK, U.S. DISTRICT COURT
By_____
Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CHRISTOPHER ROBERT WEAST, | § | |
| Movant, | § | |
| VS. | § | NO. 4:17-CV-802-A |
| | § | (NO. 4:14-CR-023-A) |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |

ORDER

Came on for consideration the motion of movant, Christopher Robert Weast, for reconsideration. As with other documents filed by movant, the present motion does not bear movant's signature, but rather an indiscernible mark on the signature line. Therefore,

The court ORDERS that movant's motion for reconsideration be, and is hereby, stricken from the record and unfiled.

SIGNED April 6, 2018.

_____
JOHN McBRYDE
United States District Judge

in the court of the United States

Christopher Robert Weast,
   Petitioner,

v.

Case No. 4:17-cv-802-a

United States of America,
   Respondent.

### Motion for Reconsideration

COMES NOW, Petitioner Christopher Robert Weast, in pro-se capacity, with this motion for reconsideration of the decision of this Court on January 23, 2018; by the Chief Judge.

---

On or about February 6th, 2014; Petitioner was indicted for one count of 18 U.S.C. § 2252(a)(4)(B); Possession of Child Pornography.

On or about July 29, 2014; Petitioner was convicted by a jury of 18 U.S.C. § 2252A(a)(5)(B); and § 2252A(b)(2); Possession of Child Pornography and Criminal Forefeiture and 18 U.S.C. 2252A(B)(2) Receipt of Child Pornography.

On or about November 14, 2014; Petitioner was sentenced to 360 months followed by 5 years of supervised release.

On or about January 26, 2016; the United States Court of Appeals affirmed the conviction and sentence.

On or about October 6, 2016; certiorari was denied by the United States Supreme Court.