IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA,

    PLAINTIFF,

V.                              Case No. 4:17-CV-802-A

CHRISTOPHER ROBERT WEAST,

    DEFENDANT.

## NOTICE OF APPEAL

Comes now Christopher Robert Weast, in pro-se capacity, and files this, his Notice of Appeal of the Order filed on April 6, 2018; filed by John McBryde regarding the unfiling of Defendant's Motion for Reconsideration.

Dated: April 11, 2018

                                                Christopher Robert Weast
                                                47797177
                                                c/o temporary post location
                                                Federal Correctional Institution
                                                P.O. Box 5000
                                                Bruceton Mills, West Virginia 26525

                                   cc: Bobbie Gwen: Weast
                                        c/o temporary post location
                                        833 Hallvale Drive
                                        Fort Worth, Texas [76108]

                                        the Christ's Assembly at Fort Worth
                                        general-post office
                                        Fort Worth, Texas.

Virgil West
1779177
c/o temporary post location
Federal Correctional Institution
P.O. Box 500
Bruceton Mills, West Virginia 26525

RECEIVED
FT WORTH DIVISION
2018 APR 16 PM 1:35
CLERK U.S. COURT

Clerk of the Court
For the Court of the United States
501 West Tenth Street
Fort Worth, Texas 76102

76102-363799

PITTSBURGH PA 153
13 APR 2018 PM 2 L

