Case 4:17-cv-00802-A   Document 26   Filed 04/24/18   Page 1 of 2   PageID 198

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

APR 24 2018

CLERK, U.S. DISTRICT COURT
By_____
       Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CHRISTOPHER ROBERT WEAST, | § | |
| | § | |
| Movant, | § | |
| | § | |
| VS. | § | NO. 4:17-CV-802-A |
| | § | (NO. 4:14-CR-023-A) |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Respondent. | § | |

ORDER

Before the court for consideration and decision is the motion of movant, Christopher Robert Weast ("Weast"), for reconsideration. After having considered such motion, the papers filed in the above-captioned action, and pertinent parts of the record in Case No. 4:14-CR-023-A, styled "United States of America v. Weast," the court has concluded that such motion should be denied.

Weast's motion seeks reconsideration of the court's January 23, 2018 denial of Weast's motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence. To support the motion for reconsideration, Weast takes the position that the court must have "arbitrarily issued a denial of the writ of habeas corpus due to the [fact] that the denial occured [sic] the day after

[his] reply was docketed." Doc.[1] 25 at 2. For Weast's information, and as the memorandum opinion and order denying his § 2255 motion points out, the court considered in reaching its decision "[Weast's § 2255] motion, its supporting memorandum, the government's response, the reply, and pertinent parts of the record in Case No. 4:14-CR-023-A." Doc. 16 at 1. Nothing in the motion for reconsideration has persuaded the court that the January 23, 2018 decision should be disturbed.

Therefore,

The court ORDERS that movant's motion for reconsideration be, and is hereby, denied.

SIGNED April 24, 2018.

_____
JOHN McBRYDE
United States District Judge

---

[1] The "Doc.__" reference is to the number assigned to the referenced item on the docket in this action, No. 4:17-CV-802-A.